IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUAN TRINIDAD LOPEZ                    :
                                       :
               Petitioner,             :    3:26-cv-1682
                                       :    (JUDGE MARIANI)
        v.                             :
                                       :
WARDEN PIKE COUNTY                     :
CORRECTIONAL FACILITY,                 :
                                       :
               Respondent.             :

## ORDER

AND NOW, THIS ___/5/___ DAY OF JULY 2026, upon consideration of Petitioner

Juan Trinidad Lopez's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §

2241 (Doc. 1), Respondent's response (Doc. 5), Petitioner's traverse (Doc. 6), and for the

reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED**

**THAT**:

1. Petitioner's habeas petition is **GRANTED**.

2. Respondent **SHALL IMMEDIATELY RELEASE** Petitioner Juan Trinidad Lopez

   from the custody of the Warden of the Pike County Correctional Facility, who has

   immediate physical custody of Petitioner.

3. Respondent **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

   declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Monday July 6,**

**2026, at 5:00 P.M.** confirming that Petitioner Juan Trinidad Lopez has been released from custody.

4. Respondent is **PERMANENTLY ENJOINED** from detaining Petitioner Juan Trinidad Lopez pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5. If Respondent elect to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondent must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge